United States District Court
Southern District of Texas
**ENTERED**
March 24, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TU NGUYEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-17-2060 |
| | § | |
| DUY TU HOANG et al., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Because the Court has ruled on the last remaining motion in this case and dismissed all pending claims in this lawsuit by Plaintiff Tu Nguyen, the Court hereby **ORDERS** that Plaintiff Tu Nguyen's case is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

SIGNED at Houston, Texas, on this 24 day of March, 2021.

DAVID HITTNER
United States District Judge